UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00313-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MIGUEL MARQUEZ-ROMERO,

        Defendant.

---

**ORDER**

---

Due to the scheduling of a multi defendant criminal trial and by the agreement of the parties,

**IT IS ORDERED** that the sentencing in this matter set to commence on February 26, 2007 is **VACATED** and reset to **March 1, 2007 at 1:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 13th day of February, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge