UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00313-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MIGUEL MARQUEZ-ROMERO,

       Defendant.

---

**ORDER DIRECTING CLERK TO FORWARD LETTER
TO THE TENTH CIRCUIT COURT OF APPEALS**

---

THIS MATTER comes before the Court on a letter **(#40)** filed by the Defendant in this

case. The letter appears to be a motion seeking relief with regard to the Defendant's appeal

which is currently pending in the Tenth Circuit Court of Appeals.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall forward the Defendant's

letter to the Tenth Circuit Court of Appeals.

Dated this 22nd day of February, 2008

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge